UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No. CR05-9 TSZ-BAT |
| v. | ) ) | **PROPOSED FINDINGS OF FACT AND DETERMINATION** |
| SHANE WARREN TOLSON, | ) ) | **AS TO ALLEGED VIOLATIONS OF** |
| Defendant. | ) ) | **SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 3, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Darwin Roberts, and defendant was represented by Carol Koller. Also present was U.S. Probation Officer Joe Mendez. The proceedings were digitally recorded.

CONVICTION AND SENTENCE

Defendant was sentenced on June 24, 2005 by the Honorable Thomas S. Zilly for interstate transportation of stolen property. He received three months of imprisonment and three years of supervised release.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE - 1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated May 8, 2008, U.S. Probation Officer Joe Mendez alleged that defendant violated the following conditions of supervised release:

1. Failing to submit monthly reports within the first five days of every month for the months of May, June, July, August, September, October, November, December, 2007, and January, February, March, 2008, in violation of standard condition number 2.

2. Failing to meet minimum monthly restitution payments of $240 for the months of May, June, July, August, September, October, November, December, 2007, and January, February, March, 2008, in violation of a special condition of the supervision that he make monthly installment payments towards his restitution of $60,000.

3. Failing to notify the U.S. probation officer, 10 days prior to any change in residence or employment, in violation of standard condition number six .

4. Committing the crime of residential burglary in Tacoma, Washington, on or about March 21, 2008, in violation of the general condition that he not commit any federal, state, or local crime.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing September 24, 2009 at 11:30 p.m. before District Judge Thomas S. Zilly. Defendant remains in custody.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the

/

/

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE - 2

conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 3rd day of September, 2009.

s/ BRIAN A. TSUCHIDA
United States Magistrate Judge